**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


Moise P. William

        v.                                     Civil No. 08-cv-6-JL

Auburn, NH Town of, et al.


**O R D E R**

    Plaintiff's request to proceed in forma pauperis is granted,

but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must

be paid as follows: the sum of $9.60 is due no later than

February 28, 2008.  In addition, 20% of each preceding month's

income credited to plaintiff's account to be remitted by the

Rockingham County Department of Corrections when the amount in

the account exceeds $10.00 until the sum of $350.00 has been

paid.  Failure to pay the fee as ordered will result in dismissal

of the action without prejudice.  In all other respects

plaintiff's request for in forma pauperis has been granted.

    **SO ORDERED.**

                        _James R. Muirhead_____
                        James R. Muirhead
                        United States Magistrate Judge

Date: January 30, 2008

cc:   Moise P. William, pro se
      Bonnie S. Reed, Financial Administrator
      Rockingham County Department
         of Corrections, Inmate Accounts