UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Moise P. William</u>

           v.                            Civil No. 08-cv-06-JL

<u>Auburn, NH, Town of et al</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated July 14, 2008, no objection having been filed.

SO ORDERED.

August 12, 2008                                  _____
                                                        Joseph N. Laplante
                                                        United States District Judge

cc:    Moise P. William, Pro se